THE MOTO METER CO., INC., Respondent, *v.* JOHN F. BOH et al., Appellants.

(Argued October 11, 1928; decided October 26, 1928.)

*Marshall Snyder, John E. Ruston* and *Irving J. Seaver* for appellants.

*Edwin P. Grosvenor* and *Edward A. Niles* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.